# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## MINUTE SHEET

UNITED STATES OF AMERICA  Date: September 10, 2018

vs.  Case No.: 18-4036-01-CR-C-BCW

BRENT ALLEN JOHNSON

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 10:43am   **Time Terminated:** 11:01am

### APPEARANCES

Plaintiff's counsel:  Ashley Turner, AUSA
Defendant's counsel:  Steven Berry
Probation officer:  Mathias Backer and Jaime Drummond

---

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepted defendant's guilty plea. Court considered defendant's objection to the Presentence Report and adopted P.S.I.R. with change to offense level. Court asserted statutory guidelines. Counsel made sentence recommendations. Defendant accorded allocution.

**SENTENCE:**

Defendant sentenced to imprisonment in Bureau of Prisons for 18 months on Count 1 of the Indictment.

Court orders supervised release of 3 years on Count 1 of the Indictment. Special conditions of Supervised Release imposed.

FINE: waived; SPECIAL ASSESSMENT: $100 due immediately
Defendant advised of right to appeal

**RECOMMENDATION:**

Court recommended this sentence run concurrent with Johnson County case 12JO-CR00625-01.

---

**Court Reporter:** Denise Halasey   **Courtroom Deputy:** J Russel